UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SATNAM S. RANDHAWA,<br><br>                 Petitioner,<br><br>   v.<br><br>OLGA SHKARINA,<br><br>                 Respondent. | CASE NO. 3:24-cv-05993-RSM-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's proposed federal habeas Petition is DISMISSED without prejudice.

(3)    Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 3) is DENIED as moot.

(4)    Petitioner's Proposed Motion for an Extension (Dkt. 3-2) is DENIED as moot.

(5)    A certificate of appealability is DENIED in this case.

(6)    The Clerk is directed to send copies of this Order to Petitioner and to the Hon. Grady J. Leupold.

1

**DATED** this 28th day of January, 2025.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2